COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Oscar Taylor and Denise Taylor v. Adrienne A. Henny and Damon K. Henny

Appellate case number:   01-14-00650-CV

Trial court case number:  2008-40075

Trial court:                    152nd District Court of Harris County

Appellants, Oscar D. Taylor and Denise Taylor, filed a "Motion to Abate or, In the Alternative, Motion for Extension of Time to File Notice of Appeal." We deny the request to abate this appeal, but grant appellants' alternative request to extend the time for filing their notice of appeal to August 4, 2014.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                    ☒ Acting individually    ☐ Acting for the Court

Date:  August 28, 2014